UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

IN RE:
SEARCH WARRANT                   Case No. 2:10-mj-00033

### SEALED ORDER

For reasons known to the court, the Application and Affidavit For a Search Warrant and all attachments are hereby **ORDERED SEALED** until further order of the court.

The Clerk is directed to transmit this Order to Assistant United States Attorney Monica K. Schwartz.

ENTER:  February 26, 2010

Mary E. Stanley
United States Magistrate Judge